IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **BRANDON RANDLES,** | ) Case No. CV-24-73-GF-JTJ |
| **Plaintiff,** | ) |
| vs. | ) **ORDER FOR DISMISSAL WITH PREJUDICE** |
| **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK and BNSF RAILWAY COMPANY,** | ) |
| **Defendants.** | ) |

This matter, having come before the Court pursuant to the stipulated motion of the parties for an order of dismissal, and the Court being otherwise fully advised in the premise. **IT IS HEREBY ORDERED** that the above-entitled action is hereby **DISMISSED** with prejudice and without costs or attorney fees to any party.

DATED this 13th day of November, 2024.

_____
John Johnston
United States Magistrate Judge